# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 08-00318-01-CR-W-FJG |
| | ) |
| **VIRGINIA O. NUNEZ,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On June 23, 2009, Virginia O. Nunez was sentenced by this Court to 5 months custody to be followed by 3 years supervised release. She was ordered to voluntarily surrender to the designated institution on August 17, 2009, with a judicial recommendation for residential reentry center placement.

Having been notified by the Bureau of Prisons that Virginia O. Nunez has a pending charge that is scheduled to be resolved on September 23, 2009, it is hereby

**ORDERED** that Virginia O. Nunez voluntarily surrender to the designated institution on October 7, 2009.

/s/Fernando J. Gaitan, Jr.
FERNANDO J. GAITAN, JR.
CHIEF U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this ___29th___ day of ___July___, 2009.